Charles A. Mayr, SBN 265974
MAYR LEE, APC
1365 W. Foothill Blvd., Suite 2
Upland, CA 91786
Phone:        909-493-6603
Facsimile:    909-985-7553
E-Mail:       charles@mayrlee.com

Attorneys for Plaintiffs, Jeremy Sevcik and Stacie Sevcik

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SEVCIK and STACIE SEVCIK, a married couple<br><br>    Plaintiffs,<br><br>    vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 50, inclusive.,<br><br>    Defendants. | Case No.: **8:20-CV-01548-JVS-JDE**<br><br>**ORDER TO DISMISS ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO STIPULATION** |

IT IS HEREBY ORDERED that pursuant to counsel's stipulation, this action is dismissed in its entirety, with prejudice.

Date:  January 12, 2022          By: _____

                                Hon. James V. Selna
                                United States District Court